| Filing Party | Exhibit # | Description | Admitted |
|---|---|---|---|
| Plaintiff | 1 | Mortgage Note between East Town Management LLC, Chris Knight and Markos Ramirez dated October 13, 2021 | Y |
| | 3 | February 5, 2021, email from Defendant to Plaintiff. | Y |
| | 4 | February 7, 2021, email from Defendant to Plaintiff. | Y |
| | 6 | Text messages between Plaintiff and Defendant dated prior to November 2, 2021, through November 29, 2022. | Y |
| | 8 | Findings of Fact, Conclusions of Law, and Judgment of Foreclosure in Waukesha County Circuit County Court Case 23-CV-66 dated June 6, 2023. | Y |
| Defendant | 101 | Promissory Note and Mortgage | Y |
| | 102 | Email dated 2/5/2021 re New Purchase Elm Grove | Y |
| | 104 | December 2021 text message progress | Y |
| | 105 | December 2021 text message twelve months | Y |
| | 106 | Email dated 4/26/2022 re Loan App | Y |
| | 107 | June 16, 2022, text messages re loan for Lonetree | Y |
| | 108 | June 20, 2022, text messages and progress photos | Y |
| | 109 | Email dated 7/13/2022 appraisal for loan | Y |
| | 111 | July 20, 2022, email appraisal payment | Y |
| | 113 | October 2022 to November 2022 weekly calls | Y |

EXHIBIT LIST    Hearing Date: May 8, 2025

Case Name: Ramirez v. Knight    Case No.: 24-2105

| | | | |
|---|---|---|---|
| Defendant (continued) | 114 | November 8, 2022, text message and progress pics | Y |
| | 115 | November 29, 2022, text message happy for you. | Y |
| | 116 | December 9, 2022, email end partnership | Y |
| | 118 | Email dated 12/12/2021 interior demo | Y |
| | 119 | December 12, 2021, foundation | Y |
| | 120 | May 5, 2022, backyard photo | Y |
| | 121 | Progress pictures hallways | Y |
| | 122 | Progress pictures dining room | Y |
| | 123 | Progress pictures main bathroom | Y |
| | 124 | Progress pictures kitchen | Y |
| | 125 | Progress pictures main bedroom | Y |
| | 126 | Progress pictures basement | Y |
| | 127 | Progress picture interior door | Y |
| | 128 | Progress pictures living room | Y |
| | 129 | Progress picture exterior | Y |
| | Dkt No. 24 | Mr. Ramirez Deposition | Y |